ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI
Special Assistant United States Attorney
    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TAMMY ZIMMERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | No. EDCV 09-1760 AJW<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

June 24, 2010

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE